## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ORLANDO GARCIA,**

CASE NO: **2:20−CV−02191−JAM−AC**

v.

**HERITAGE INN OF SACRAMENTO, LLC,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/5/2021**

**Keith Holland**
Clerk of Court

ENTERED: **April 5, 2021**

by: /s/ A. Tupolo
Deputy Clerk