UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERITAGE INN OF SACRAMENTO, LLC,<br><br>　　　　　Defendant. | No. 2:20-cv-02191-JAM-AC<br><br>**ORDER DIRECTING REFUND OF SANCTIONS** |

　　　Pursuant to the Court's previous Order on April 6, 2021, the Financial Office of this Court is directed to refund Jan Nicholas Marfori in the amount of $250.00. The Financial Office is also directed to refund Northern California Legal Support Services, INC. in the amount of $150.00.

　　　IT IS SO ORDERED.

DATED: May 4, 2021　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1